**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7840**

---

GEORGE WILSON; JOHN TIPPETT; KENNY EDMONDS;
WILLIAM YOUNG; HENRY DAVIS; GARY BRIGHT;
GREGORY HAMILTON; ANTHONY PRESBERRY; IRVIN
BURNS, JR.; THOMAS MATTINGLY; HENRY HARRIS;
JESSE COBBS; JONATHAN BORK; CHARLES WRIGHT;
LOWELL D. HOWELL; RICHARD DAVID COOPER,

Plaintiffs - Appellants,

versus

PARRIS N. GLENDENING, Governor; KATHLEEN K.
TOWNSEND, Lieutenant Governor; STUART SIMMS,
Secretary; WILLIAM SONDERVAN, Commissioner;
RONALD HUTCHINSON, Warden and future
Administrations of Maryland,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
02-3514-S)

---

Submitted: February 20, 2003        Decided: February 27, 2003

---

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

George Wilson, John Tippett, Kenny Edmonds, William Young, Henry Davis, Gary Bright, Gregory Hamilton, Anthony Presberry, Irvin Burns, Jr., Thomas Mattingly, Henry Harris, Jesse Cobbs, Jonathan Bork, Charles Wright, Lowell D. Howell, Richard David Cooper, Appellants Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

The appellant inmates appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Appellants' motion for appointment of counsel and affirm the dismissal of their complaint for the reasons stated by the district court. See <u>Wilson v. Glendening</u>, No. CA-02-3514-S (D. Md. Nov. 14, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>